IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRAY MARIA,

        Petitioner,                      No. 2:13-cv-0250 AC P

    vs.

Warden, SALINAS VALLEY
 STATE PRISON,

        Respondent.               <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the filing fee or filed a request to proceed in forma pauperis.

        Petitioner is presently incarcerated at Salinas Valley State Prison in Monterey County. He is serving a sentence for a conviction rendered in Los Angeles County. Monterey County is in an area embraced by the United States District Court for the Northern District of California, while Los Angeles County falls within the jurisdiction of the United States District Court for the Central District of California. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

1

1  Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the
2  district of confinement have concurrent jurisdiction over applications for habeas corpus filed by
3  state prisoners. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). However, any
4  and all witnesses and evidence necessary for the resolution of petitioner's application are more
5  readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).
6  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
7  matter is transferred to the United States District Court for the Central District of California. 28
8  U.S.C. § 2241(d); 28 U.S.C. § 1406(a).
9  DATED: February 13, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/kly
mari0250.108mod