# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAY MARIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. CV 13-1183 DSF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court notes that, after the filing of the Report and Recommendation, the Ninth Circuit decided <u>Lee v. Jacquez</u>, 788 F.3d 1124 (9th Cir. 2015). The Court need not decide the impact of <u>Lee</u> here because the Report and Recommendation alternatively addressed the merits of the potentially barred

claims. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: July 30, 2015

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE