1

2

3

4

5

6

7

8

9

# IN THE UNITED STATES DISTRICT COURT

10

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13   GRAY MARIA,                              Case No. CV 13-1183 DSF (MRW)

14              Petitioner,

15        v.                                  JUDGMENT

16   RANDY GROUNDS, Warden,

17              Respondent.

18

19

20        Pursuant to the Order Accepting Findings and Recommendations of the

21   United States Magistrate Judge,

22        IT IS ADJUDGED that the petition is denied and this action is dismissed

23   with prejudice.

24

25

26   DATE:  July 30, 2015          _____

27                                 HON. DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE
28